```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**TIAN XI YANG,**

                Plaintiff,                20cv815 (JGK)

    - against -                    <u>ORDER</u>

**SHANGHAI HEPING RESTAURANT INC. et al.,**

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff has failed to serve the summons and complaint within 90 days of filing the complaint as required by Federal Rule of Civil Procedure 4(m). The time to serve the summons and complaint is extended to July 3, 2020. If the plaintiff fails to effect service, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    New York, New York
             June 1, 2020                  /s/ John G. Koeltl
                                                **John G. Koeltl**
                                     **United States District Judge**