UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIAN XI YANG

               Plaintiff,          20 cv 815 (JGK)

                                                   ORDER

   - against -

SHANGHAI HEPING RESTAURANT, INC.,
SAI CHING CHAN, and SOU QIN CHEN

               Defendant.

JOHN G. KOELTL, District Judge:

    This Court entered an Order to Show Cause why a Default Judgment should not be entered on September 30, 2020. It was supported by a Clerk's Certificate of Default against the defendants. The defendants failed to respond to the Order to Show Cause for a Default Judgment. Therefore, the plaintiff is entitled to a Default Judgment. The matter is referred to the Magistrate Judge for an inquest to determine the appropriate judgment.

SO ORDERED.

Dated:    New York, New York
           October 26, 2020

                                                 John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/26/2020