UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIAN XI YANG,

                Plaintiff,                20 **CIVIL** 815 (JGK)

    -against-                              **JUDGMENT**

SHANGHAI HEPING RESTAURANT INC.,
ET AL.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 8, 2021, the Court has reviewed the Report and Recommendation of Magistrate Judge Aaron dated January 14, 2021. No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct except the Court notes that, contrary to the statement on Page 3 of the Report, on October 26, 2020, this Court determined that the plaintiff was entitled to a default judgment, but no such judgment was entered at that time because an inquest on damages had not yet occurred. The Report and Recommendation is therefore adopted and judgment is entered awarding the plaintiff (1) $421,269.50, as described in the Report and Recommendation; (2) pre-judgment interest at a rate of 9% per year from January 14, 2017 until the date judgment is entered on $205,634.75, which is the sum of unpaid wages, unpaid overtime, and unpaid spread of hours pay, in the amount of $75,397.53; and (3) $26,916.47 in attorney's fees and costs; for a total judgment of $523,583.50.

**Dated:**  New York, New York
           February 9, 2021

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                   **BY:**
                                                            **Deputy Clerk**